# Third District Court of Appeal
## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0116
Lower Tribunal No. F12-4650
_____

**Jesus Mane,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Jesus Mane, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.  See Sawyer v. Wainwright, 422 So. 2d 1027, 1028 (Fla. 1st DCA 1982) ("When an inmate . . . desires to have a Department of Corrections officer's action set aside, he should first exhaust his administrative remedies, showing which rules and/or statutes are being violated. If he does not receive the relief sought at the administrative level, he should timely seek judicial review of the final agency action by appeal to [the First District Court of Appeal]. When an inmate . . . seeks immediate release from custody, he should seek a writ of habeas corpus from the circuit court in the county where his institution is located. If he does not receive the relief sought in the circuit court, he should timely appeal the final order of the circuit court to the appropriate district court of appeal.") (internal citations omitted).  See also Bush v. State, 945 So. 2d 1207, 1213 (Fla. 2006) (holding "the circuit court in Leon County is the proper venue for [a prisoner's challenge to a sentence-reducing credit determination by the Department of Corrections], if the prisoner has exhausted administrative remedies and is not alleging entitlement to immediate release.")